THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN GOLDOWITZ, Respondent, *v.* MORRIS KARNES, Appellant.

Argued July 23, 1940; decided July 24, 1940.

*I. Maurice Wormser* and *Leonard Bronner, Jr.,* for appellant.

*Arthur D. Brennan, Chester A. Slocum* and *James D. Hopkins* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. LEHMAN, Ch. J., dissents on the ground that the cases which hold that there can be no casting vote unless there be a tie are based upon statutes which specifically so provide. In this case it appears from a reading of the statute that the Mayor has a casting vote whenever his vote would be a vote that turns the scale (Cf. Oxford Dictionary).